# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| American Crystal Sugar Company, | COURT MINUTES - CIVIL |
|  | BEFORE: Leo I. Brisbois |
|  | U.S. Magistrate Judge |
| Plaintiff, |  |
|  | Case No: 19-cv-2319 (ECT/LIB) |
| v. | Date: March 11, 2020 |
|  | Court Reporter: N/A |
|  | Courthouse: Duluth |
| Biwer & Associates, Inc., | Courtroom: 3 |
| Defendant. | Time Commenced: 10:30 a.m. |
|  | Time Concluded: 11:15 a.m. |
|  | Time in Court: 45 minutes |

Hearing on: **Pretrial Conference**

APPEARANCES:

    Plaintiff:     Nicola L. Datzov, Timothy M. O/Shea
    Defendants:     Eugene C. Shermoen, Jr., Timothy J. Carrigan

PROCEEDINGS:

x Pretrial conference held.
x Dates discussed for the progression of the case.
x Written Order to be issued.

s/jlb
Courtroom Deputy